UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GERALD RACHAL | CIVIL ACTION NO. 07-1511 |
| VS. | JUDGE MELANÇON |
| ALLSTATE INS. CO. | MAGISTRATE JUDGE METHVIN |

*RULING ON MOTION TO COMPEL*
*(Rec. Doc. 17)*

Allstates's Motion to Compel Discovery and for Attorney's Fees, filed March 25, 2008

(Rec.Doc. 17), is currently set for oral argument on April 23, 2008 at 9:30 a.m.  On April 8,

2008, the undersigned received a letter from Allstate's counsel, Lauren L. Hudson, advising that

plaintiff has responded to the outstanding discovery and the motion is now moot.[1]

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel is hereby **DENIED**

as **MOOT** and the matter is removed from the motion docket.

Signed at Lafayette, Louisiana, on April 9, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[1] A copy of Ms. Hudson's letter is attached hereto as Exhibit "A."